```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 41412
   DANIEL WRIGHT
   ROSETTA WRIGHT                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-4473     SSN XXX-XX-3745

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/28/2005 and was confirmed 12/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED          4349.13        494.15        4349.13
PEOPLES GAS LIGHT & COKE   UNSECURED          82.83           .00            .00
ALLIANT CREDIT UNION       SECURED          2265.40        257.42        2265.40
ADVOCATE PROFFESIONAL GR   UNSECURED     NOT FILED           .00            .00
ADVOCATE PROFFESIONAL GR   UNSECURED     NOT FILED           .00            .00
ANESTHESIA ADVOCATES PC    UNSECURED     NOT FILED           .00            .00
ARROW FINANCIAL SERVICES   UNSECURED     NOT FILED           .00            .00
ARROW FINANCIAL SERVICES   UNSECURED     NOT FILED           .00            .00
ARROW FINANCIAL SERVICES   UNSECURED         702.20           .00          25.85
ASSET ACCEPTANCE CORP      UNSECURED       11821.42           .00         435.11
BLATT HASENMILLER LEIBSK   UNSECURED     NOT FILED           .00            .00
BORREBACH & TAMLINSON      UNSECURED     NOT FILED           .00            .00
CAPITAL ONE                UNSECURED         887.07           .00          32.65
CAPITAL ONE                UNSECURED         326.85           .00            .00
CASH AMERICA               UNSECURED         315.30           .00            .00
CCB INC                    UNSECURED     NOT FILED           .00            .00
CHECK N GO                 UNSECURED         621.00           .00          22.86
CREDIT PROTECTION ASSOC    UNSECURED     NOT FILED           .00            .00
DIRECT MERCHANTS BANK      UNSECURED     NOT FILED           .00            .00
CHARMING SHOPPES FASHION   UNSECURED         296.64           .00            .00
FIRST PREMIER CREDIT       UNSECURED     NOT FILED           .00            .00
GE CAPITAL                 UNSECURED        7048.00           .00         259.41
HARVARD COLLECTION SERVI   UNSECURED     NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         808.55           .00          29.76
JBC & ASSOCIATES           UNSECURED     NOT FILED           .00            .00
JBC & ASSOCIATES           UNSECURED     NOT FILED           .00            .00
JULIA E SHAUGER DPM SC     UNSECURED     NOT FILED           .00            .00
MALCOLM S GERALD & ASSOC   UNSECURED     NOT FILED           .00            .00
MALCOLM S GERALD & ASSOC   UNSECURED     NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        3157.71           .00         116.22
MIDNIGHT VELVET            UNSECURED         155.94           .00            .00
NATIONAL QUIK CASH         UNSECURED     NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 41412 DANIEL WRIGHT & ROSETTA WRIGHT
```

```
NATIONWIDE RECOVERY SYST  UNSECURED        NOT FILED           .00           .00
NCO FINANCIAL             UNSECURED        NOT FILED           .00           .00
NCO FINANCIAL             UNSECURED        NOT FILED           .00           .00
NCO FINANCIAL             UNSECURED        NOT FILED           .00           .00
MARLIN INTERGRATED        UNSECURED        NOT FILED           .00           .00
NORTHLAND GROUP           UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED           369.72           .00           .00
OSI                       UNSECURED        NOT FILED           .00           .00
PAYDAY LOANS STORE OF IL  UNSECURED        NOT FILED           .00           .00
PROFESIONAL CREDIT SERVI  UNSECURED        NOT FILED           .00           .00
RISK MANAGEMENT           UNSECURED        NOT FILED           .00           .00
RISK MANAGEMENT           UNSECURED        NOT FILED           .00           .00
RMCB COLLECTION AGENCY    UNSECURED        NOT FILED           .00           .00
T TOD HORAK DPM SC        UNSECURED        NOT FILED           .00           .00
TCF NATIONAL BANK         UNSECURED        NOT FILED           .00           .00
DIRECT LOAN SERVICING CE  UNSECURED        NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED          1364.35           .00         50.22
ASSET ACCEPTANCE CORP     UNSECURED           645.71           .00         23.77
GINNYS                    UNSECURED           166.46           .00           .00
RESURGENT ACQUISITION LL  UNSECURED           297.29           .00           .00
RESURGENT ACQUISITION LL  UNSECURED          1229.58           .00         45.26
ASTA PROVIDIAN NATIONAL   UNSECURED           969.31           .00         35.68
AT&T WIRELESS             NOTICE ONLY      NOT FILED           .00           .00
CAPITAL ONE               SECURED NOT I        99.00           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,405.20                    1,405.20
TOM VAUGHN                TRUSTEE                                         631.46
DEBTOR REFUND             REFUND                                           80.45
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            10,560.00

PRIORITY                                           .00
SECURED                                       6,614.53
    INTEREST                                    751.57
UNSECURED                                     1,076.79
ADMINISTRATIVE                                1,405.20
TRUSTEE COMPENSATION                            631.46
DEBTOR REFUND                                    80.45
                   ---------------        ---------------
TOTALS             10,560.00                 10,560.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |